ORIGINAL

FILED IN CHAMBERS
U.S.D.C. Atlanta

MAR 1 4 2023

Kevin P. Weimer, Clerk
By: _____ Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.

JORGE DUARTE

Criminal Indictment

No. 2:23-CR-0007

**UNDER SEAL**

THE GRAND JURY CHARGES THAT:

**Counts One through Four**
*False Statement to a Federally Licensed Firearms Dealer*

On or about each of the dates alleged in the chart below, in the Northern District of Georgia, the Defendant, JORGE DUARTE, and a person known to the Grand Jury, aided and abetted by each other, knowingly made a false and fictitious written statement to a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, as described in the chart below, in connection with the acquisition of each of the firearms listed in the chart below, which statement was intended and likely to deceive the licensed dealer of firearms as to a fact material to the lawfulness of the acquisition of said firearms, that is, the person known to the Grand Jury falsely represented that he was the actual buyer of said firearms and was not purchasing the firearms on behalf of another person when, as he then knew, he was not the true purchaser of the firearms, all in violation of Title 18, United States Code, Section 922(a)(6) and Section 2.

| Count | Date | Licensed Firearms Dealer | Firearm Acquired by Defendant |
|---|---|---|---|
| One | August 20, 2022 | Forest Lane, Inc. | one Beretta, model 21A, .22 caliber pistol |
| Two | October 29, 2022 | Austin's Pawn and Variety | one Beretta, model APX, 9mm pistol |
| Three | October 29, 2022 | 2A C&R Firearms | two Ruger, model LCP, .380 caliber pistols |
| Four | November 6, 2022 | Academy Sports | one Canik, model TP9SF, 9mm pistol; and one Ruger, model LCP, .380 caliber pistol |

## Count Five
### *Failure to Notify Common Carrier*

On or about November 16, 2022, in the Northern District of Georgia and elsewhere, the Defendant, JORGE DUARTE, knowingly delivered, and caused to be delivered, firearms to a common contract carrier, that is:

   a. one Beretta, model 21A, .22 caliber pistol;

   b. one Beretta, model APX, 9mm pistol;

   c. three Ruger, model LCP, .380 caliber pistols;

   d. one Canik, model TP9SF, 9mm pistol; and

   e. one Glock, model 42, .380 caliber pistol,

for transportation and shipment in interstate and foreign commerce to a person who is not a licensed importer, manufacturer, dealer, and collector, without

notice to the carrier, that is J.F.P., that a firearm was being transported and shipped, in violation of Title 18, United States Code, Section 922(e).

## Count Six
### *Attempted Export of a Firearm*

On or about November 16, 2022, in the Northern District of Georgia and elsewhere, the Defendant, JORGE DUARTE, did fraudulently and knowingly attempt to export and send merchandise, articles, and objects from the United States to Mexico, that is:

a. one Beretta, model 21A, .22 caliber pistol;

b. one Beretta, model APX, 9mm pistol;

c. three Ruger, model LCP, .380 caliber pistols;

d. one Canik, model TP9SF, 9mm pistol; and

e. one Glock, model 42, .380 caliber pistol,

contrary to the laws and regulations of the United States, by failing to notify a common contract carrier, that is, J.F.P., that there would be firearms in a shipment, in violation of Title 18, United States Code, Section 922(e), all in violation of Title 18, United States Code, Section 554(a).

## Forfeiture Provision

Upon conviction of any of the offenses alleged in Counts One through Five of this Indictment, the Defendant, JORGE DUARTE, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offense(s).

3

Upon conviction of Count Six of this Indictment, the Defendant, JORGE DUARTE, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), any property, real or personal, constituting or derived from proceeds traceable to the violation or conspiracy to commit the violation(s), including but not limited to the firearms described above and any ammunition associated with those firearms.

If, as a result of any act or omission of the defendant, any property subject to forfeiture:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third person;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be subdivided without undue complexity or difficulty;

the United States intends, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek

forfeiture of any other property of the defendant(s) up to the value of the above forfeitable property.

A  True  BILL

_____
FOREPERSON

RYAN K. BUCHANAN
*United States Attorney*

JENNIFER KEEN
*Assistant United States Attorney*
Georgia Bar No. 231778

600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181